Paul R. Rosenbaum (SBN 167299)                                      JS-6

ROSENBAUM & ASSOCIATES

7162 Beverly Blvd., Suite 480

Los Angeles, California 90036

Telephone: (323) 900-0500

Email: paul@prrlawyers.com

Attorneys for Plaintiff

SPECTRA CONSTRUCTION SERVICES, INC.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPECTRA CONSTRUCTION SERVICES, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SOFI BANK, N.A., a national banking association; and DOES 1 through 10, inclusive,<br><br>Defendants. | **Case No. 2:26-cv-05972-PD**<br><br>**ORDER REMANDING ACTION TO STATE COURT**<br><br>Complaint Filed: April 27, 2026<br>Removal Filed: June 3, 2026<br>L.A. Super. Ct. No. 26CHCV01670 |

ORDER REMANDING ACTION TO STATE COURT
- 1 -

The Court, having considered the parties' Joint Stipulation to Remand Action to State Court, and good cause appearing, finds and orders as follows:

Based upon the parties' stipulation that Plaintiff Spectra Construction Services, Inc. does not seek, and will not seek, demand, or accept, a total recovery exceeding $75,000, exclusive of interest and costs, the Court finds that the amount in controversy does not exceed $75,000, exclusive of interest and costs, and that the Court therefore lacks subject-matter jurisdiction over this action under 28 U.S.C. § 1332(a).

**Accordingly, IT IS HEREBY ORDERED that:**

1. This action is **REMANDED** to the Superior Court of the State of California, County of Los Angeles, Case No. 26CHCV01670, pursuant to 28 U.S.C. § 1447(c).

2. Each party shall bear its own fees and costs incurred in connection with the removal and remand of this action.

3. The Clerk of Court is directed to transmit a certified copy of this Order to the Clerk of the Superior Court of the State of California, County of Los Angeles, and to close this case.

**IT IS SO ORDERED.**

Dated: June 12, 2026

*Patricia Donahue*

_____
UNITED STATES MAGISTRATE JUDGE

ORDER REMANDING ACTION TO STATE COURT
- 2 -